PICO v. DE LA GUERRA, Executor, et al. (No. 3139.)

This case depended on the same facts and principles as the preceding case, and the judgment was reversed and cause remanded per the same Justices.